# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Belinda Negrotto,<br><br>                    Plaintiff,<br>      v.<br><br>Aspen National Collections; and<br>DOES 1-10, inclusive,<br><br>                    Defendant. | Civil Action No.: 3:10-cv-00476-JJB-CN |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: September 10, 2010

                                Respectfully submitted,

                                PLAINTIFF, Belinda Negrotto

                                By:  /s/ Mary Marshall Smythe
                                    Mary Marshall Smythe, Esq.
                                    (Bar. No.: 27092)
                                    77 West 85th Street, Apt. 6E
                                    New York, NY 10024
                                    Attorneys for Plaintiff

                                    Of Counsel To:

                                    LEMBERG & ASSOCIATES L.L.C.
                                    1100 Summer Street, 3rd Floor
                                    Stamford, CT 06905
                                    Telephone: (203) 653-2250
                                    Facsimile:  (877) 795-3666

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Louisiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                         By  /s/ Mary Marshall Smythe_____

                                            Mary Marshall Smythe